UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), ET AL.,<br><br>          Plaintiff,<br><br>-against-<br><br>HSBC SECURITIES SERVICES (LUXEMBOURG) S.A.,<br><br>          Defendant.<br><br>FAIRFIELD SENTRY LTD. (IN LIQUIDATION), ET AL.,<br><br>          Plaintiff,<br><br>-against-<br><br>HSBC PRIVATE BANK (SUISSE) S.A.,<br><br>          Defendant. | No. 21-CV-10316 (LAP)<br>No. 21-CV-10334 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of the parties' letters dated December 6, 2021, regarding whether the above-captioned cases should be assigned to this Court.  (See dkt. nos. 5, 7.)[1]  The Court agrees to accept HSBC Private Bank (Suisse) S.A. and HSBC Securities Services (Luxembourg) S.A.'s petition for interlocutory appeal.  Counsel are directed to appear via telephone on December 15, 2021, at 11:00 a.m. to discuss how

---

[1] Unless otherwise stated, all references to docket entries are to those in 21-cv-10316.

1

counsel propose to proceed.  The dial-in for the conference is (877) 402-9753, access code 6545179.

**SO ORDERED.**

Dated:     December 10, 2021
           New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge