UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), ET AL., <br><br>               Plaintiff, <br><br>-against- <br><br>HSBC SECURITIES SERVICES (LUXEMBOURG) S.A., <br><br>               Defendant. | No. 21-CV-10316 (LAP) <br> No. 21-CV-10334 (LAP) <br><br>ORDER |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), ET AL., <br><br>               Plaintiff, <br><br>-against- <br><br>HSBC PRIVATE BANK (SUISSE) S.A., <br><br>               Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference is adjourned to December 15, 2021 at 3:30 p.m.  The Court would like the parties' views on next steps; for example, the parties' proposal for merits briefing, and if the parties request briefing on the timeliness of the HSBC Defendants' appeal.

**SO ORDERED.**

Dated:    December 14, 2021
            New York, New York

                                        */s/ Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge