**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
FAIRFIELD SENTRY LTD. (IN LIQUIDATION),
ET AL.,

                                                                         21 **CIVIL** 10316 (LAP)
                                                                         21 **CIVIL** 10334 (LAP)
                Plaintiffs.                           **JUDGMENT**

      -against-

HSBC SECURITIES SERVICES
(LUXEMBOURG) S.A.,
                Defendant.
-----------------------------------------------------------X
FAIRFIELD SENTRY LTD. (IN LIQUIDATION),
ET AL.,

                Plaintiffs,

      -against-


 HSBC PRIVATE BANK (SUISSE) S.A.,

                Defendant.
-----------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 31, 2022, the Court has granted Defendants-Appellants' motion for leave to appeal the November 4 Order but has affirmed the November 4 Order in all respects. (See dkt. nos. 3, 31.) Moreover, the Court finds that the Joining Defendants lack standing to appeal the November 4 Order; accordingly, case 21-cv-10316 and 21-cv-10334 are closed.

**Dated:**  New York, New York
           September 1, 2022

                                                            **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                                     **BY:**   *K. Mango*
                                                              **Deputy Clerk**